1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7022
7  FAX: (415) 436-6748
   rebecca.falk@usdoj.gov
8
   Attorneys for Respondents
9
   KEVIN M. CRABTREE (CSBN 238162)
10 Law Office of Robert L. Lewis
   428 - 13th Street, 7th Floor
11 Oakland, CA 94612
   T: (510) 834-1288
12 F: (510) 834-0431
   www.immigrantdefense.com
13
   Attorney for Petitioner
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18
   JOSELITO CASIMIRO,                )  CASE NO. 13-01936 RS
19                                   )
        Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
20                                   )  REGARDING BRIEFING SCHEDULE AND
     v.                              )  HEARING DATE
21                                   )
   ERIC H. HOLDER, JR. ATTORNEY      )
22 GENERAL, JANET NAPOLITANO,        )  [PURSUANT TO CIVIL LOCAL RULE 7-12]
   SECRETARY, DHS, JOHN MORTON,      )
23 ASSISTANT SECRETARY USICE;        )
   TIMOTHY AIKEN, FIELD OFFICE
24 DIRECTOR, USICE,

25      Defendant.

26
27
28

   STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE
   13-01936 RS

Petitioner Joselito Casimiro ("Petitioner") and respondents Eric Holder, Jr., Janet Napolitano, John Morton and Timothy Aiken ("Respondents"), by and through their respective counsel, hereby stipulate as follows:

1. On April 29, 2013, Petitioner filed a Petition For A Writ of Habeas Corpus claiming that his counsel failed to file a Ninth Circuit petition for review, including a Request for Temporary Restraining Order and Motion for Stay of Removal (Dkt. No. 1);

2. On the same day, this Court entered a temporary restraining order staying Petitioner's deportation (Dkt. No. 2);

3. On May 1, 2013, pursuant to this Court's Order, Respondents file a Return stating their position that this Court lacks jurisdiction over this matter (Dkt. No. 3);

4. On May 1, 2013, Petitioner filed an Amended Petition For A Writ of Habeas Corpus (Dkt. No. 5, 6);

5. On May 2, 2013 Petitioner filed a Motion to Stay Removal (Dkt. No. 7);

6. On May 2, 2013, the parties appeared for a hearing before this Court, at which time this Court requested briefing on Petitioner's Amended Petition For A Writ of Habeas Corpus and Motion to Stay Removal, and that the parties agree on a hearing date;

7. The parties have agreed that Respondents will file their Return to Petitioner's Amended Petition For A Writ of Habeas Corpus and Motion to Stay Removal (Dkt. No. 5, 6, 7) on May 29, 2013 and Petitioner will file his Traverse on June 12, 2013;

8. The parties have further agreed that this matter should be set for hearing with this Court on June 19, 2013 at 2 p.m.; and

9. Respondents agree that they will not remove Petitioner to the Philippines until after the hearing set for June 19, 2013.

STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE
13-01936 RS

**THEREFORE, IT IS HEREBY STIPULATED** by and between Petitioner and Respondents that Respondents will file their Return to Petitioner's Amended Petition For A Writ of Habeas Corpus and Motion to Stay Removal (Dkt. No. 5, 6, 7) on May 29, 2013 and Petitioner will file his Traverse on June 12, 2013 that this matter should be set for hearing with this Court on June 19, 2013 at 2 p.m.; and that Respondents will not remove Petitioner to the Philippines until after the hearing set for June 19, 2013.

Dated: May 3, 2013          Respectfully Submitted,

                            */s/ Kevin M. Crabtree*
                            KEVIN M. CRABTREE
                            Attorney for Petitioner

Dated: May 3, 2013          Respectfully Submitted,

                            MELINDA HAAG
                            United States Attorney

                            */s/Rebecca A. Falk*
                            REBECCA FALK [1]
                            Assistant United States Attorney
                            Attorney for Respondents

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5/6/13                _____
                            HONORABLE RICHARD SEEBORG
                            UNITED STATES DISTRICT JUDGE

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE
13-01936 RS